UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSE RENE LOPEZ,

    Plaintiff,

v.

UNKNOWN,

    Defendants.

Case No. 08-5027 FDB/KLS

ORDER DENYING SECOND MOTION FOR APPOINTMENT OF COUNSEL

Before the Court is Plaintiff's second motion for appointment of counsel. (Dkt. # 12). Plaintiff's first motion for counsel (Dkt. # 9) was denied on March 10, 2008. (Dkt. # 10). Having reviewed the motion and balance of the record, the Court finds for the reasons stated below that Plaintiff's motion should be denied.

## I. DISCUSSION

There is no right to have counsel appointed in cases brought under 42 U.S.C. § 1983. Although the court, under 28 U.S.C. § 1915(d), can request counsel to represent a party proceeding *in forma pauperis*, the court may do so only in exceptional circumstances. *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986); *Franklin v. Murphy*, 745 F.2d 1221, 1236 (9th Cir. 1984); *Aldabe v. Aldabe,* 616 F.2d 1089 (9th Cir. 1980). A finding of exceptional circumstances requires an evaluation of both the likelihood of success on the merits and the ability of the plaintiff to articulate his claims *pro se* in light of the complexity of the legal issues involved. *Wilborn*, 789 F.2d at 1331. Neither of these factors is dispositive and both must be viewed together before

ORDER - 1

1 | reaching a decision on request of counsel under Section 1915(d). *Id*.

2 |     Plaintiff has raised no new exceptional circumstances that were not addressed or considered
3 | in his first motion. The difficulties claimed by Plaintiff are difficulties which any litigant would
4 | have in proceeding pro se, they do not indicate exceptional factors. Accordingly, the Court
5 | continues to find that counsel is not necessary in this case and Plaintiff's motion to appoint counsel
6 | (Dkt. # 12) is **DENIED**.

7 |     The Clerk is directed to send copies of this Order to Plaintiff.

8 |     DATED this  27th  day of March, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2