# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOSE RENE LOPEZ                         JUDGMENT IN A CIVIL CASE

v.

WASHINGTON STATE              CASE NUMBER: C08-5027FDB
DEPARTMENT OF CORRECTIONS

        **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX       **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Court adopts the Report and Recommendation.

2. Plaintiff's Amended Complaint [Dkt. #13] is **DISMISSED WITHOUT PREJUDICE**. THIS DISMISSAL SHALL COUNTS AS A STRIKE PURSUANT TO 28 U.S.C. § 1915(g).

May 30, 2008                                           BRUCE RIFKIN
                                                                                Clerk

                                                                                s/ D. Forbes
                                                                      By, Deputy Clerk